# EXHIBIT A

## GENERAL AGREEMENT

This General Agreement (hereinafter the "Agreement"), dated 08/26/2021 (the "Effective Date") is hereby made and entered into by and between the following Persons:

**Shahzad Ahmad** the President of a Corporation namely **Great USA LLC** having business at 301 7th St West Tifton GA 31794 (hereinafter the "Party 1"),

And,

**Aamir Saleem** new Buyer **Great USA LLC** 301 7th St West Tifton GA 31794

(hereinafter the "Party 2")

WHEREAS, the above-mentioned Parties have agreed in the business enterprise **Great USA LLC** in the following terms:

1. Party 2 is responsible for running the business **Great USA LLC**, paying all taxes, clearing all business liabilities.
2. Party 2 is responsible to clear all liabilities of Georgia lottery at the time of exiting the business. In case of default, Party 1 will file a lawsuit for recovery and Party 2 will be liable to pay the charges of lawsuit, fees of attorney and three times the penalty.
3. Party 2 will pay $100$ (one thousand dollars) when business start making money for using my licenses every month.

_____    08/28/21
(Signature)                  Date
Party 1

_____    8/28/21
(Signature)                  Date
Party 2

_____    August 28, 2021
(Signature)                  Date
Miah Muhammad Aamir
Witness 1

_____    _____
(Signature)                  Date
Shahnawaz Kanwal
Witness 2

Scanned with CamScanner