# EXHIBIT B

# INCIDENT REPORT
**TIFTON POLICE DEPARTMENT**

RPTID: 56005676
AGENCY: GA1370100
CASENO: 21100410
Print Date: 02/19/2024 06:36:57 PM

## EVENT

**INCIDENT TYPE:**
- THEFT BY CONVERSION — COUNTS: 1 — INCIDENT CODE: 16-8-4
- FINANCIAL IDENTITY FRAUD — COUNTS: 1 — INCIDENT CODE: 16-9-121

**PREMISE TYPE:** ☒ 3- CONVENIENCE STORE

**INCIDENT LOCATION:** 301 7TH STREET WEST - - TIFTON 31794
**LOC. CODE:** Kwik Stop

**WEAPON TYPE:** (none checked)

**INCIDENT DATE / TIME:** 10/30/2021  1756   TO  10/30/2021  1756
**STRANGER TO STRANGER:** UNK ☒

**COMPLAINANT'S NAME:** AHMAD, SHAHZAD
**ADDRESS:** 153 CEDARRIDGE ROAD - NEWTOWN, CT 06470-

## VICTIM

**VICTIM'S NAME:** AHMAD, SHAHZAD
**RACE:** I  **SEX:** M  **AGE:** 44
**ADDRESS:** 153 CEDARRIDGE ROAD - NEWTOWN, CT 06470-
**STUDENT?** NO

## OFFENDER

**OFFENDER'S NAME:** SALEEM, AAMIR
**PERSON ID:** SAAA012288
**RACE:** I  **SEX:** M  **AGE:** 33
**ADDRESS:** 2334 THREADNEEDLE CT - ALBANY, GA 31707
**HEIGHT:** 508  **WEIGHT:** 160  **HAIR:** BLK  **EYES:** BRN

**CHARGES:**
- THEFT BY CONVERSION — COUNTS: 1 — OFFENSE CODE: 16-8-4 — JURIS: 1. CITY
- FINANCIAL IDENTITY FRAUD — COUNTS: 1 — OFFENSE CODE: 16-9-121

**TOTAL NUMBER ARRESTED:** 0
**DATE OF OFFENSE:** 10/30/2021

## VEHICLE

(no entries)

## PROPERTY

| | STOLEN | RECOVERED |
|---|---|---|
| VEHICLES | $0.00 | $0.00 |
| CURRENCY, NOTES, ETC. | $0.00 | $0.00 |
| JEWELRY, PREC METALS | $0.00 | $0.00 |
| FURS | $0.00 | $0.00 |
| CLOTHING | $0.00 | $0.00 |
| OFFICE EQUIP. | $0.00 | $0.00 |
| TV, RADIO, ETC. | $0.00 | $0.00 |
| HOUSEHOLD GOODS | $0.00 | $0.00 |
| FIREARMS | $0.00 | $0.00 |
| CONSUMABLE GOODS | $0.00 | $0.00 |
| LIVESTOCK | $0.00 | $0.00 |
| OTHER | $0.00 | $0.00 |
| TOTAL | $0.00 | $0.00 |

## DRUG ADM.

**DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG RELATED?** NO

## CLEAR

**REQUIRED DATA FIELDS FOR CLEARANCE REPORT:** ☒ EXCEPTIONALLY CLEARED
☒ CLOSED BY INVESTIGATION
**DATE OF CLEARANCE:** 12/02/2021  ☒ ADULT
**REPORT DATE:** 10/30/2021

## NARR.

*** SEE INCIDENT REPORT PAGE 2 FOR NARRATIVE ***

**REPORTING OFFICER:** CHERRY, JHETARIUS — NUMBER: 278
**APPROVING OFFICER:** GANN, TONI — NUMBER: 154

RPTID: 56005676  
AGENCY: GA1370100

# INCIDENT REPORT - NARRATIVE
*TIFTON POLICE DEPARTMENT*  
Print Date: 02/19/2024 06:36:57 PM

CASENO: 21100410

On October 30, 2021 at 1756 hours I, Officer Cherry, was dispatched via phone-call in reference to fraud.

I spoke with the Complainant (Shahzad Ahmad) who stated that he purchased the Kwik Stop located at 301 West 7th Street and turned the store over to the Offender (Aamir Saleem) to function as manager of the store.

Shahzad said he left Aamir $15,000 to purchase an insurance policy for the store in which Aamir never did. Shahzad claims that Aamir filed a report for losing all the store's inventory (case#: 21090301). Shahzad advised that since there was no insurance policy he basically lost money because of the matter and he believes Aamir simply depleted his inventory.

Shahzad also stated that Aamir at some point went and purchased a vehicle using him as Co-Buyer of the vehicle without consent. Shahzad gave a plate number that read "01DEV22". I could not find any vehicle to return to that plate number but Shahzad said that the vehicle showed up on his credit valued at $26,000.

Shahzad said that he lives in Connecticut with his family and the situation is causing him a lot of financial trouble and has distressed him and his family significantly.

Shahzad said that he wanted a report filed of the incident and I advised him that I would complete a report for him and advised him of when/how he could obtain a copy of the report.

Officer Name: CHERRY, JHETARIUS   Badge: 278   Date Added: 10/30/2021

527 COMMERCE WAY, TIFTON GA 31794

RPTID: 56005676  
AGENCY: GA1370100  

**INCIDENT REPORT - PAGE 2**  
TIFTON POLICE DEPARTMENT  
Print Date: 02/19/2024 06:36:58 PM  

CASENO: 21100410

*This is page #2 of the incident report. It contains supplemental persons records including additional Complainants, Victims, Offenders and Witnesses.*

### All Offenders, Extra Victims, Extra Complainants:

**Person Name:** SHAHZAD AHMAD  **Pers ID:** AHSH051277  **Type:** VIC
**Address:** 153 CEDARRIDGE ROAD - NEWTOWN, CT 06470-  
**Home Phone:**   **Work Phone:**   **Height:**  
**Cell Phone:** 413-801-6094   **Weight:** 0  
**DLNO:**   **SSN:**   **Hair:** BLK  
**DOB:**  **Age:**  **Race:** I  **Sex:** M   **Eyes:** BRN

**Person Name:** AAMIR SALEEM  **Pers ID:** SAAA012288  **Type:** OFF
**Address:** 2334 THREADNEEDLE CT - ALBANY, GA 31707-  
**Home Phone:** - -   **Work Phone:** - -   **Height:** 508  
**Cell Phone:** 978-885-4837   **Weight:** 160  
**DLNO:**   **SSN:**   **Hair:** BLK  
**DOB:**  **Age:**  **Race:** I  **Sex:** M   **Eyes:** BRN

**Chrgs:** 16-8-4 THEFT BY CONVERSION  
16-9-121 FINANCIAL IDENTITY FRAUD

**Person Name:** SHAHZAD AHMAD  **Pers ID:** AHSH051277  **Type:** COM
**Address:** 153 CEDARRIDGE ROAD - NEWTOWN, CT 06470-  
**Home Phone:**   **Work Phone:**  
**Cell Phone:** 413-801-6094

527 COMMERCE WAY, TIFTON GA 31794

RPTID: 174002196
AGENCY: GA1370100

## - INCIDENT REPORT -
### TIFTON POLICE DEPARTMENT

CASENO: 22040480
Print Date: 04/29/2022 09:27:58 AM

**INCIDENT TYPE:** THEFT BY DECEPTION
**COUNTS:** 1
**INCIDENT CODE:** 16-8-3
**PREMISE TYPE:** QUICKSTOP

**INCIDENT LOCATION:** 301 7TH STREET - - TIFTON 31794
**LOC. CODE:** QUICKSTOP

**INCIDENT DATE:** 04/28/2022 **TIME:** 1230 **TO DATE:** 04/28/2022 **TIME:** 1300
**STRANGER TO STRANGER:** UNK

**COMPLAINANT'S NAME:** AHMAD, SHEVARD
**ADDRESS:** 301 7TH STREET - TIFTON, GA 31794-

**VICTIM'S NAME:** QUICKSTOP,
**ADDRESS:** 301 7TH STREET - TIFTON, GA 31794-
**STUDENT?** NO

**OFFENDER'S NAME:** LOTTERY DEPARTMENT,
**PERSON ID:** LOXXXXXXXX

**WARRANT CHARGES:** THEFT BY DECEPTION
**COUNTS:** 1
**OFFENSE CODE:** 16-8-3
**OFFENSE/ARREST:** 1

**TOTAL NUMBER ARRESTED:** 0
**DATE OF OFFENSE:** 04/28/2022

### PROPERTY

| | STOLEN | RECOVERED |
|---|---|---|
| VEHICLES | $0.00 | $0.00 |
| CURRENCY, NOTES, ETC. | $11,000.00 | $0.00 |
| JEWELRY, PREC METALS | $0.00 | $0.00 |
| FURS | $0.00 | $0.00 |
| CLOTHING | $0.00 | $0.00 |
| OFFICE EQUIP. | $0.00 | $0.00 |
| TV, RADIO, ETC. | $0.00 | $0.00 |
| HOUSEHOLD GOODS | $0.00 | $0.00 |
| FIREARMS | $0.00 | $0.00 |
| CONSUMABLE GOODS | $0.00 | $0.00 |
| LIVESTOCK | $0.00 | $0.00 |
| OTHER | $0.00 | $0.00 |
| TOTAL | $11,000.00 | $0.00 |

**DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG RELATED?** NO

**REQUIRED DATA FIELDS FOR CLEARANCE REPORT:** ACTIVE
**REPORT DATE:** 04/28/2022

**REPORTING OFFICER:** ADAMS, TRISTEN **NUMBER:** 277
**APPROVING OFFICER:** STORY, ADAM **NUMBER:** 157

---

RPTID: 174002196
AGENCY: GA1370100

## INCIDENT REPORT - NARRATIVE
### TIFTON POLICE DEPARTMENT
Print Date: 04/29/2022 09:27:57 AM

CASENO: 22040480

On March 28, 2022 at or about 12:30 pm I, Ofc. Adams recieved a call from Mr. Shevard Ahmad in reference to a scam. Mr. Ahmad stated that he recieved a email from the lottery department stating that he owed them $11,000. Mr. Ahmad stated that he gave them his information thinking that it was legit and gave him his banking information.

Mr. Ahmad stated that they then took the money out of his account and he then realized that it was a scam. Mr. Ahmad stated that he wanted a report to document this incident in hopes that he would get his money back. Mr. Ahmad stated that it was one transaction.

It was hard to get all the required information from Mr. Ahmad due to the language barrier as well as the background noise.

I advised him that I would do a report over the information that was provided to me and that if he wanted a copy of it, that he could get it tomorrow. I advised Mr. Ahmad of how to obtain a copy of the police report.

No further information at this time.