# EXHIBIT C

Signature _Ahmed_ Date 09/11/20
Qadeer Ahmad Ahmad

**LESSEE SIGNATURE**

Signature _____ Date 09/11/20
Shahzad Ahmad

[Notary seal: FATHEREE LANE NOTARY PUBLIC HENRY COUNTY GEORGIA]

Mia LaPage
com exp 8/20/2024

Page 7

---

## GENERAL AGREEMENT
Termination of Lease.

This General Agreement (hereinafter the "Agreement"), dated 08/26/2021 (the "Effective Date") is hereby made and entered into by and between the following Persons:

**Shahzad Ahmad** the President of a Corporation namely **Great USA LLC** having business at 301 7th St West Tifton GA 31794 (hereinafter the "Party 1"),

And,

**Qadeer Ahmad**, owner of the property 301 7th St West Tifton GA 31794 (hereinafter the "Party 2")

WHEREAS, the above-mentioned Parties have agreed in the business enterprise **Great USA LLC** in the following terms:

1. Party 1 and Party 2 have mutually agreed to terminate the lease today August 28, 2021.
2. There is no liability on either party henceforth.

_____ .A   08/29/21
(Signature)
Party 1

_____   09/3/2021
(Signature)
Party 2

_____   August 28, 2021
(Signature)
Miah Muhammad Aamir
Witness 1

_____   08/28/21
(Signature)
Shahnawaz Kanwal
Witness 2

[Notary seal: TOBY SCHIPPER NOTARY PUBLIC Exp. July 12, 2024 HENRY COUNTY, GA]

EXHIBIT A-2

---

## COMMERCIAL LEASE

This Lease Agreement (this "Lease") is dated as of October 20, 2020, by and between Qadeer Ahmad ("Landlord"), and Shahzad Ahmad ("Tenant"). The parties agree as follows:

**PREMISES.** Landlord, in consideration of the lease payments provided in this Lease, leases to Tenant Gas Station (the "Premises") located at 2400 clerik ave, albany, GA 31705.

**TERM.** The lease term will begin on October 20, 2020 and will terminate on October 20, 2021.