**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

SHAHZAD AHMAD,

Plaintiff,

v. CASE NO.: 7:26-CV-12 (LAG)

AMIR SALEEM, SAGHEER AHMAD, and QADEER AHMAD,

Defendants.

**ORDER**

Plaintiff filed a Complaint and a Motion for Leave to Proceed *in forma pauperis* (IFP) in the above-captioned matter on January 26, 2026. (Docs. 1, 2). On July 6, 2026, the Court denied the Plaintiff's Motion for Leave to Proceed IFP and ordered Plaintiff to file an amended Motion for Leave to Proceed IFP that provides accurate and detailed information about his financial status. (Doc. 3). Plaintiff filed a second Motion for Leave to Proceed IFP on July 17, 2026. (Doc. 4). On September 1, 2026, the Court denied Plaintiff's second Motion for Leave to Proceed IFP and advised Plaintiff that "to proceed with his case, within fourteen (14) days . . . [he] must remit payment of $405 to the clerk of this Court for the filing fee." (Doc. 5 at 2–3). The deadline has passed; and, as of the date of this Order, Plaintiff has failed to pay the full filing fee. Accordingly, Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice.**

**SO ORDERED**, this 13th day of October, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**