IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| SHAHZAD AHMAD, | * | |
| Plaintiff, | * | |
| v. | | Case No. 7:26-cv-12 (LAG) |
| | * | |
| AMIR SALEEM, et al., | | |
| | * | |
| Defendants. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated October 13, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 13th day of October, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk